# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRANK CUSHENBERRY AND ROBIN
CUSHENBERRY, INDIVIDUALLY AND
ON BEHALF OF THE MINOR
CHILDREN, NOAH CUSHENBERRY
AND KHLOE CUSHENBERRY

NO.   2021 CW 0059

VERSUS

JOHNNY SCOTT AND BARBER
BROTHERS CONTRACTING COMPANY,
LLC LOUISIANA

CONSOLIDATED WITH

BARBER BROTHERS CONTRACTING
COMPANY, LLC

VERSUS

CAPITOL CITY PRODUCE COMPANY,
LLC, FRANK CUSHENBERRY AND
XYZ INSURANCE COMPANY

**JANUARY 21, 2021**

---

In Re:    Barber Brothers Contracting Company, LLC, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 674957 c/w 672217.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

                        MRT
                        EW
                        CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT